No. 871. FISHER ET AL. v. COMMISSIONER OF INTERNAL REVENUE. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Mr. Benjamin E. Jaffe* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Arnold Raum* and *Maurice J. Mahoney* for respondent.

No. 882. FRETWELL v. GILLETTE SAFETY RAZOR CO. May 6, 1940. The motion to proceed on typewritten papers is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Herbert J. Jacobi* for petitioner. *Mr. Henry R. Ashton* for respondent.

No. 817. BRITISH-AMERICAN TOBACCO CO., LTD. v. UNITED STATES. May 6, 1940. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Wm. Marshall Bullitt, Joseph M. Hartfield,* and *Roy H. Callahan* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 834. COLORADO SERUM CO. v. COMMISSIONER OF INTERNAL REVENUE. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Robert C. Foulston, George T. Buckingham, Paul E. Shorb,* and *H. Thomas Austern* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.